UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL GOLDMAN

        Plaintiff,

Case No.   11-14043

HONORABLE AVERN COHN

v.

BCBSM FOUNDATION,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on October 02, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: October 2, 2012

By: s/Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 2, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160